United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL TRIGLIO, | Case No.  5:14-cv-01850 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| v. | |
| CASTROVILLE STATION SHOPPING CENTER, LLC, a California Limited Liability Company; FAIRWAY STORES, INC., a California Corporation; and DOES 1-10, | |
| Defendants. | |

The court having been informed that the parties have reached a settlement, all previously scheduled deadlines and appearances are vacated.

**On or before January 16, 2015**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **January 27, 2015, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **January 20, 2015**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a

statement in response to this Order.

**SO ORDERED**.

Dated:   November 20, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

1   5:14-cv-01850-HRL Notice has been electronically mailed to:

2   Dennis Jay Price , II     DennisP@potterhandy.com

3   Jennifer Christina Owens     jowens@pglawfirm.com, aestrada@pglawfirm.com

4
5   Mark Dee Potter     mark@potterhandy.com, sts@potterhandy.com, wesleyc@potterhandy.com

6   Michael Peter Masuda     mmasuda@nheh.com

7   Nina Michele Patane     npatane@pglawfirm.com, aestrada@pglawfirm.com

8   Phyl Grace     phylg@potterhandy.com, sts@potterhandy.com, wesleyc@potterhandy.com

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28